612

466 A.2d 714

Commonwealth v. La Marra, Appellant.

Petition for Allowance of Appeal
Denied Feb. 9, 1984.

Submitted December 6, 1982. Fred Mark Feder, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

467 A.2d 643

Commonwealth v. Long, Appellant.

Reargument Denied Nov. 10, 1983.

Petition for Allowance of Appeal
Denied April 6, 1984.

Submitted April 28, 1983. Burton A. Rose, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Judgment of sentence affirmed.